ANSELL GRIMM & AARON, P.C.
1500 Lawrence Avenue
CN-7807
Ocean, NJ 07712
(732) 922-1000
By: James G. Aaron, Esq. (JA-0729)
Attorneys for Creditor Raceway Petroleum, Inc.

| In the matter of: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| JAMES GAMBACORTO and LUZ-MARIE GAMBACORTO, | Case No. 13-15597 Hon. Kathryn C. Ferguson Chapter 13 |
| Debtors. | **AFFIDAVIT OF SERVICES IN SUPPORT OF SANCTIONS AS FOUND BY THE COURT ON JUNE 12, 2013** |

State of New Jersey:
                    SS
County of Monmouth:

JAMES G. AARON, being of full age, upon his oath deposes and says:

1. I am a Member of the firm of Ansell Grimm & Aaron and have personal knowledge of this matter. I have been admitted to the Bar of the State of New Jersey continuously since 1969. My practice is in the general commercial area, and I have been practicing before the United States Bankruptcy Court for the District of New Jersey for over 40 years.

2. My billing rate is $400.00 an hour based on my experience in dealing with bankruptcy matters on behalf of both debtors and creditors.

3. The work that was performed for our client, creditor Raceway Petroleum, Inc. ("Raceway"), with regard to the Chapter 13 bankruptcy filed by the Debtor on March 18th is summarized as follows and is particularly elucidated by the billing records annexed hereto as **Exhibit A**.

4. As the Court will see from the billing records in Exhibit A, the initial bill in this matter was charged at our regular hourly rates, however, given our long-standing relationship with Raceway and at their request, given that this was the third bankruptcy filed by Mr. Gambacorto in which we have been involved, the Firm agreed to reduce the rates of all the attorneys working on this matter to 300.00 an hour. This change was made in the most recent billings.

5. The Court will also see numerous courtesy credits issued to Raceway on the bills. These were the result of requests from the client and also given in recognition of the long-standing relationship between the client and our firm.

6. As to the work performed in this matter, upon receipt of the Petition, we reviewed the Petition to see if there were deficiencies therein that could lead to the filing of another motion to dismiss. In order to do this, we needed to review the two prior filings of the Debtor and reviewed the motion to dismiss for bad faith filing in Bankruptcy number 1, as well as the Court's Opinion that was rendered in that matter.

7. We then researched the viability of making a motion to dismiss Bankruptcy number 3.

8. Upon notice from the Trustee that there was a 341(a) Meeting of Creditors, we prepared with the client to attend the hearing and question the Debtor at same.

9. An appearance was made at the scheduled 341, however, the Debtor did not appear. The client was billed for that time and paid for the representation of the firm to prepare for the 341 with numerous questions for the debtor, conferring with the Trustee, and traveling to, and waiting, at the 341 hearing, which did not occur.

10. A motion to dismiss the case for bad faith filing was prepared which included reviewing the plan and schedules that were filed by the Debtor, research of legal precedent, as well as contacting the Trustee to arrange for the scheduling of the Trustee's motion to dismiss with the motion that this firm made so that the Court would be able to hear both motions on the same date.

11. The day before the scheduled motion, we received opposition filed by the Debtor. We reviewed the opposition, compared the Debtor's petition to the opposition, reviewed the opposition submitted to the Trustee's motion, and prepared for the argument of the motion.

12. I personally did all of the preparation for the oral argument of the motion on the 12th. I did, in fact, confer with Jay Schmerler to make sure our arguments met with our understanding of bankruptcy law, as Mr. Schmerler prepared the original motion to dismiss and did the legal research that is referenced in the motion.

13. I travelled to and appeared in Court on June 12th, met with the client, prepared the client as to the arguments, conferred with the Trustee, argued the motion before the Court, and traveled back to the office to prepare this affidavit, pursuant to the Court's directive.

14. As demonstrated by Exhibit A, the total amount of legal fees and costs incurred by the client to date is $11,461.20, which is comprised of $11,248.41 in fees and $212.79 in costs. To date, the client has paid $3,510.00 of that amount.

15. In addition, I have spent one hour of time in reviewing the file for and the preparation of this application for sanctions as per the Court's directive, resulting in as yet unbilled fees to the client of $300.00.

15. I submit this Affidavit in support of Raceway's application for fees and costs in the amount of $11,761.20 (billed and unbilled) which have been incurred to date, for the Court to consider the award for sanctions in the within matter.

_____
JAMES G. AARON

Sworn and subscribed to before
me this 19th day of June, 2013

_____
MADELINE M. KINCZEL
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 14, 2016

```
f:\users\commercial   litigation   municipal   law\lhs\raceway.gambacorto   bankruptcy   3
(65756-7)\affidavit of services.docx
```

# EXHIBIT A

*Ansell Grimm & Aaron*
1500 Lawrence Avenue
CN7807
Ocean, NJ 07712 United States

Ph:732-922-1000          Fax:732-922-6161

Raceway Petroleum, Inc., MDN Associates                       June 19, 2013
1411 Stelton Road
Piscataway, New Jersey
08854

                                                                    File #:       65756-7
**Attention:**                                                        Inv #:        Settle

RE:     Raceway Petroleum/Gambacorto 3rd Bankruptcy

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
| --- | --- | --- | --- | --- |
| Mar-23-13 | Review Correspondence from court. | 0.10 | 35.00 | LHS |
| Mar-26-13 | Review of partial petition; memo regarding timing of petition | 0.40 | 160.00 | JGA |
|  | Review of status of petition and review of timing | 0.60 | 240.00 | JGA |
| Mar-27-13 | Review of proof of claim of Red Bank | 0.20 | 80.00 | JGA |
| Apr-01-13 | Research bankruptcy filing; review schedules and plans | 0.50 | 162.50 | JRS |
| Apr-02-13 | Review of new petition | 1.00 | 400.00 | JGA |
|  | Correspond with client - provide documents | 0.20 | 65.00 | JRS |
| Apr-04-13 | Review of notice from Bankruptcy Court; letter to client regarding confirmation hearing | 0.10 | 40.00 | JGA |
|  | Review of new case regarding status of court judgment and nondischargeability | 0.20 | 60.00 | JGA |
|  | Review statute on aerial filing | 0.40 | 130.00 | JRS |
| Apr-09-13 | Review of petition; draft memo | 1.00 | 300.00 | JGA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
|  | Telephone conference with clients and JGA and JS | 0.90 | 315.00 | LHS |
|  | Telephone conference with clients and Shapiro, Esq. and Aaron, Esq. | 0.90 | 292.50 | JRS |
| Apr-10-13 | Review orders and filing dates | 0.30 | 97.50 | JRS |
| Apr-11-13 | Legal Research regarding tax lien certificate; letter to Red Bank attorney; letter to client requesting information | 0.40 | 160.00 | JGA |
|  | Review Red Bank bank tax lien figures | 0.20 | 65.00 | JRS |
| Apr-15-13 | Review of documents regarding proof of claim, tax lien purchase; Review of Red Bank attorney claim | 0.30 | 120.00 | JGA |
| Apr-17-13 | Review files for proof of claims | 0.20 | 70.00 | LHS |
|  | Review correspondence from client as to POC's | 0.20 | 65.00 | JRS |
|  | Memo regarding proofs of claim | 0.30 | 97.50 | JRS |
|  | Review additinoal correspondence regarding tax liens and proofs of claim | 0.20 | 65.00 | JRS |
| Apr-21-13 | Review of new case | 0.40 | 160.00 | JGA |
| Apr-24-13 | Review issues regarding 341 hearing | 0.50 | 175.00 | LHS |
|  | Telephone conference with Client, Mike regarding 341 | 0.10 | 35.00 | LHS |
|  | Review file for areas of inquiry - 341 hearing | 0.50 | 150.00 | JRS |
|  | Confer with Shapiro, Esq. and review areas for inquiry at 341 | 0.40 | 130.00 | JRS |
| Apr-25-13 | Travel to and appearance at 341 hearing; Confer with client | 2.50 | 812.50 | JRS |
| Apr-26-13 | Review of letter | 0.30 | 90.00 | JGA |
|  | Send E-mail Correspondence to client regarding status | 0.10 | 35.00 | LHS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review correspondence from Shapiro, Esq. | 0.20 | 65.00 | JRS |
| Apr-29-13 | Telephone conference with Client s Nick and Mike regarding motions | 0.20 | 70.00 | LHS |
| | Legal research - issue on automatic stay; memo to Shapiro, Esq. and Aaron, Esq. | 1.00 | 300.00 | JRS |
| Apr-30-13 | Review of cases; memo as to strategy | 0.30 | 90.00 | JGA |
| | Review of trustee's motion | 0.30 | 90.00 | JGA |
| | Courtesy Credit | | -454.09 | LHS |
| | Receipt and review of trustee's Motion to Dismiss | 0.20 | 60.00 | JRS |
| | Correspondence to Trustee to adjourn Motion | 0.20 | 60.00 | JRS |
| | Review memo from Aaron, Esq. | 0.20 | 60.00 | JRS |
| | Review correspondence from Trustee, confer with Shapiro, Esq. | 0.30 | 90.00 | JRS |
| May-01-13 | Review and preparation of draft certification for motion to dismiss | 0.60 | 180.00 | JGA |
| | Confer with Aaron, Esq., then Shapiro, Esq. as to timing of Motion | 0.20 | 60.00 | JRS |
| May-02-13 | Reivew of prior petitions; preliminary draft of parts of certification | 0.70 | 210.00 | JRS |
| May-03-13 | Organize materials necessary to draft Motion; confer w/ L. Shapiro, Esq. | 0.40 | 120.00 | JRS |
| May-05-13 | Legal Research - fees and sanctions | 0.80 | 240.00 | JRS |
| | preliminary draft of certificaton of counsel | 0.50 | 150.00 | JRS |
| May-06-13 | draft of proposed Order, Certification of Service, and Notice of Motion | 0.70 | 210.00 | JRS |
| | confer w/ L. Shapiro and J. Aaron regarding strategy for Motion | 0.30 | 90.00 | JRS |
| May-07-13 | Review of notices; draft memo | 0.60 | 180.00 | JGA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | complete draft of Certification of Counsel; organize Exhibits | 1.00 | 300.00 | JRS |
| | Legal Research | 0.60 | 180.00 | JRS |
| | confer w/ L. Shapiro | 0.20 | 60.00 | JRS |
| May-08-13 | Finalize and scan all Motion documents and file electronically with Clerk | 0.80 | 240.00 | JRS |
| May-09-13 | Review of motion; Review issues of injunction; memo regarding consent order | 0.40 | 120.00 | JGA |
| | Correspondence to Shapiro, Esq. | 0.20 | 60.00 | JRS |
| | Correspond with Aaron, Esq. as to Motion | 0.20 | 60.00 | JRS |
| May-10-13 | Review of letter; memo regarding motion and relief sought | 0.20 | 60.00 | JGA |
| | Review of E-mail from client and respond regarding motion | 0.10 | 30.00 | LHS |
| | Correspondence to Trustee to coordinate hearing dates | 0.20 | 60.00 | JRS |
| May-13-13 | Confer with Aaron, Esq. | 0.20 | 60.00 | JRS |
| May-14-13 | Review of e-mails regarding scheduling; Confer with JRS | 0.20 | 60.00 | JGA |
| | Correspondence from trustee, notice to Aaron, Esq. and Shapiro, Esq. | 0.20 | 60.00 | JRS |
| May-17-13 | Review of letter and answer | 0.20 | 60.00 | JGA |
| | Confer with Aaron, Esq. | 0.20 | 60.00 | JRS |
| | Correspondence to Trustee regarding Motions | 0.20 | 60.00 | JRS |
| May-20-13 | Confer with Aaron, Esq. | 0.20 | 60.00 | JRS |
| May-21-13 | Telephone conference with Client Mike regarding status | 0.10 | 30.00 | LHS |
| May-25-13 | Review of letter to client | 0.20 | 60.00 | JGA |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-28-13 | Review of letter; draft memo | 0.30 | 90.00 | JGA |
| May-29-13 | Review of proof of claim; letter to client | 0.10 | 30.00 | JGA |
| May-30-13 | Review Bank of America POC | 0.20 | 60.00 | LHS |
| Jun-10-13 | Review of documents regarding failure to file reports | 0.10 | 30.00 | JGA |
| | Receipt and review opposition filed by Gambacorta to Motions to dismiss | 0.40 | 120.00 | JRS |
| | Letter to Aaron, Esq. and Shapiro, Esq. with opposition documents | 0.20 | 60.00 | JRS |
| | Confer with Shapiro, Esq. | 0.20 | 60.00 | JRS |
| | Review and send additional emails amongst attorneys and client and court | 0.30 | 90.00 | JRS |
| Jun-11-13 | Review of letter regarding motion | 0.30 | 90.00 | JGA |
| | Review of opposition; Review of e-mails; Confer with LHS; e-mails with court regarding scheduling | 0.60 | 180.00 | JGA |
| | Review Pleading, response to our motion to dismiss | 0.50 | 150.00 | LHS |
| | Review of E-mail from client | 0.10 | 30.00 | LHS |
| | Organize file for motion; letter to court requesting Motion to proceed | 0.30 | 90.00 | JRS |
| | Letter to Court and to client - time for oral argument | 0.20 | 60.00 | JRS |
| Jun-12-13 | Review of late opposition; Review of motion to dismiss; Review of trustee motion; preparation for oral argument; travel to and attendance at court hearing; meeting with client; Review of 2011 order; oral argument and conference with client | 6.00 | 1,800.00 | JGA |
| | Confer w/ Jim Aaron on account legal strategy for oral argument on account Motion | 0.30 | 90.00 | JRS |
| | telconf. w/ J. Aaron regarding results of Motion. | 0.20 | 60.00 | JRS |

|  |  | |
|---|---|---|
| Totals | 37.00 | $11,702.50 |
| Courtesy Credit | | 454.09 |
| Total Fees After Discount | | $11,248.41 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Miscellaneous costs including photocopies, telephone, postage, mileage and faxes | 189.11 |
| Mar-25-13 | Westlaw | 12.48 |
| May-06-13 | PACER Internet Charges | 11.20 |
| | Totals | $212.79 |

| | |
|---|---|
| **Total Fee & Disbursements for all charges on this matter** | **$11,461.20** |

**PAYMENT DETAILS**

| | | | |
|---|---|---|---|
| Jun-10-13 | Parthenon Petroleum, Inc. | 65756-7/Raceway/Fees | 3,510.00 |
| | **Total Payments** | | **$3,510.00** |